UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
MORY MACHADO,                                    Case No. 12-20685-RAM
    Debtor
_____/                  Chapter 13

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 1ST day of June 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Nancy Herkert, Trustee
ECF Registered User

| | |
|---|---|
| JP Morgan Chase Bank<br>c/o James L. Dimon, CEO<br>9200 Oakdale Avenue<br>Chatsworth, CA 91311 | JP Morgan Chase Bank<br>c/o James L. Dimon, CEO<br>270 Park Avenue<br>New York, NY 10017 |
| JP Morgan Chase Bank<br>CT Corporation System, R.A.<br>1200 South Pine Island Road<br>Plantation, FL 33324 | |
| Chase Home Finance, LLC<br>CT Corporation System, R.A.<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Chase Home Finance, LLC<br>c/o David B. Lowman, CEO<br>194 Wood Avenue South, 4th Floor<br>Iselin, NJ 08830 |